1 | JOHN H. BRINK BAR NO. 28018
2 | KATHRYN E. VAN HOUTEN BAR NO. 143402
  | IRSFELD, IRSFELD & YOUNGER LLP
  | 100 W. Broadway, Ste. 900
3 | Glendale, CA 91210
  | Telephone: (818) 242-6859
4 | Facsimile: (818) 240-7728

5 | Attorneys for Plaintiff

8 | UNITED STATES DISTRICT COURT
9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA
10 | WESTERN DIVISION

11 | UNITED STATES OF AMERICA,  ) CASE NO. CV 10-6267
12 |     Plaintiff,              ) CONSENT JUDGMENT
13 | v.                          )
14 | RICHARD D. PRATHER, M.D.,   )
15 |     Defendant.              )
16 | _____   )

18 | Pursuant to the above stipulation of the parties, Judgment is hereby entered
19 | in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant,
20 | RICHARD D. PRATHER, M.D., in the total amount of $58,989.66.

22 | Dated: 9/20/2010

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1